FILED
2012 Aug-13 PM 02:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LESLIE HAYNES,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| v. } | Case No. 2:11-CV-2586-RDP |
| } | |
| **SANTANDER CONSUMER USA, INC.,** } | |
| et al., } | |
| } | |
| **Defendants.** } | |

## ORDER OF DISMISSAL

The court has before it the following motions: (1) Santander Consumer USA, Inc.'s Motion to Compel Arbitration and Dismiss Action (Doc. # 14); (2) Santander Consumer USA, Inc.'s Motion to Stay Pretrial Deadlines Pending Decision on Motion to Compel Arbitration (Doc. # 15); (3) Plaintiffs' Motion for Leave to Amend Complaint (Doc. # 34); and (4) Plaintiff's Alternative Motion to Intervene in the Event the Court Denies Plaintiffs' Pending Motion to Amend the Complaint (Doc. # 38).

On August 8, 2012, the court conducted a telephone hearing on the pending motions. Following that hearing, Plaintiffs filed a Notice of Withdrawal of Motions (Doc. # 50) withdrawing (1) Plaintiffs' Motion for Leave to Amend Complaint (Doc. # 34); and (2) Plaintiff's Alternative Motion to Intervene in the Event the Court Denies Plaintiffs' Pending Motion to Amend the Complaint (Doc. # 38).

As a result of matters occurring during the telephone hearing, Plaintiffs' Notice of Withdrawal (Doc. # 50), and by agreement of the parties, it is **ORDERED** as follows:

1.      Santander Consumer USA, Inc.'s Motion to Compel Arbitration and Dismiss Action (Doc. # 14) is **GRANTED**. It is **ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE** to the right of the prevailing party to enforce any arbitration award.

2.      Plaintiffs' Motion for Leave to Amend Complaint (Doc. # 34) and Plaintiff's Alternative Motion to Intervene in the Event the Court Denies Plaintiffs' Pending Motion to Amend the Complaint (Doc. # 38) are **WITHDRAWN**.

3.      The remaining Motion to Stay Pretrial Deadlines Pending Decision on Motion to Compel Arbitration (Doc. # 15) is **MOOT**.

**DONE** and **ORDERED** this ___13th___ day of August, 2012.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE